**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: KLOSTER, GAREN R | § Case No. 09-70909 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/18/2009 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/14/2009    By: /s/BERNARD J. NATALE
                                          Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KLOSTER, GAREN R                                      § Case No. 09-70909
                                                             §
                                                             §
Debtor(s)                                                    §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,439.92 |
| *and approved disbursements of* | $ 4.09 |
| *leaving a balance on hand of* [1] | $ 5,435.83 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                   *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BERNARD J. NATALE | $ 500.00 | $ |
| *Attorney for trustee* | BERNARD J. NATALE, LTD. | $ 850.00 | $ 18.68 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,305.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Creditors' Protection Services Inc. | $ 7,202.10 | $ 692.39 |
| 2 | Allied Business Accounts Inc | $ 3,205.00 | $ 308.12 |
| 3 | Allied Business Accounts Inc | $ 6,554.57 | $ 630.14 |
| 4 | Elan Financial Services | $ 13,246.70 | $ 1,273.51 |
| 5 | Chrysler Financial | $ 10,910.71 | $ 1,048.93 |
| 6 | Recovery Mgmt Systems Corporation | $ 1,090.39 | $ 104.83 |
| 7 | Rockford Mercantile Agency Inc | $ 96.00 | $ 9.23 |

**UST Form 101-7-NFR (9/1/2009)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                        *Allowed Amt. of Claim*    *Proposed Payment*

                                N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*    *Claimant*                        *Allowed Amt. of Claim*    *Proposed Payment*

                                N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/BERNARD J. NATALE
Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 1                  Date Rcvd: Oct 23, 2009
Case: 09-70909                Form ID: pdf006            Total Noticed: 34

The following entities were noticed by first class mail on Oct 25, 2009.
db           +Garen R Kloster,    108 Washington St,    Ridott, IL 61067-9677
aty          +Michelle K Hinds,    Legal Helpers,    233 S. Wacker Dr., Suite 5150,    Chicago, IL 60606-6371
aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
13637991     +Accounts Receivable Management,    7507 N 2nd St,    Unit C,   Machesney Park, IL 61115-2867
13991449      Allied Business Accounts Inc,    P O Box 1600,    Clinton, IA 52733-1600
13637992     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,   Norcross, GA 30091-5155
13637993     +Chrysler Credit,    Po Box 8065,    Royal Oak, MI 48068-8065
14151825     +Chrysler Financial,    P O Box 551080,    Jaksonville, F  32255-1080
13637994     +Citibank / Sears,    Po Box 20363,    Kansas City, MO 64195-0363
13637995     +Cornerstone Cu,    455 W Stephenson St,    Freeport, IL 61032-5001
13637996     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
13637997     +Creditor Services,    PO Box 4,   Clinton, IA 52733-0004
13637998     +Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5300
13637999     +FHN Memorial Hospital,    1045 W Stephenson St,    PO Box 857,   Freeport, IL 61032-0857
13638001     +German Valley Ambulance,    PO Box 46,    German Valley, IL 61039-0046
13638002     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 15522,   Wilmington, DE 19850-5522
13638003      JC Penney,    Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076
13638004     +Kemple Enterprises/Star Ambulance,    PO Box 187,    Freeport, IL 61032-0187
13638006     +Rockford Health Physicians,    2300 N Rockton Ave,    Rockford, IL 61103-3619
13638005     +Rockford Health Physicians,    6785 Weaver Rd,    Suite D,   Rockford, IL 61114-8055
13638007     +Rockford Health System,    2400 N Rockton Ave,    Rockford, IL 61103-3655
14270309     +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford, Illinois 61108-7813
13638008     +Rockford Orthopedic Associates,    PO Box 5247,    Rockford, IL 61125-0247
13638009     +Rockford Radiology,    PO Box 5368,    Rockford, IL 61125-0368
13638010     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
13638011     +Surgical Assoc of No. IL,    PO Box 4224,    Rockford, IL 61110-0724
13638012     +Tiburon Financial LLC,    218A S 108th Ave,    Omaha, NE 68154-2631
14093327    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:     Elan Financial Services,    P.O. Box 5229,    Cincinnati, OH 45201)
13638013     +Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201-5227

The following entities were noticed by electronic transmission on Oct 23, 2009.
13899911     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
              CREDITORS' PROTECTION SERVICE, INC.,     202 WEST STATE, SUITE 300,    P O Box 4115,
              ROCKFORD, IL 61110-0615
13638000      E-mail/PDF: gecsedi@recoverycorp.com Oct 24 2009 04:04:05      GEMB / Old Navy,
              Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076
14238094     +E-mail/PDF: rmscedi@recoverycorp.com Oct 24 2009 04:04:06
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13638014     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 24 2009 04:02:59      Verizon Wireless,
              Bankruptcy Department,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 25, 2009**               **Signature:** *Joseph Speetjens*