**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KLOSTER, GAREN R § Case No. 09-70909
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $101,989.14 | Assets Exempt: $27,989.14 |
| Total Distribution to Claimants: $4,067.15 | Claims Discharged Without Payment: $38,238.32 |
| Total Expenses of Administration: $1,372.77 | |

3) Total gross receipts of $ 5,439.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,439.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $67,783.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,166.76 | 1,372.77 | 1,372.77 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 14,898.00 | 42,305.47 | 42,305.47 | 4,067.15 |
| **TOTAL DISBURSEMENTS** | $82,681.00 | $44,472.23 | $43,678.24 | $5,439.92 |

    4) This case was originally filed under Chapter 7 on March 13, 2009.
. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2010     By: /s/BERNARD J. NATALE
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Expected Tax Refund Debtor not sure of what | 1129-000 | 5,439.00 |
| Interest Income | 1270-000 | 0.92 |
| **TOTAL GROSS RECEIPTS** | | **$5,439.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Countrywide Home Lending | 4110-000 | 67,783.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$67,783.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 18.68 | 18.68 | 18.68 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 850.00 | 850.00 | 850.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,293.99 | 500.00 | 500.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 4.09 | 4.09 | 4.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,166.76 | 1,372.77 | 1,372.77 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Creditors' Protection Services Inc. | 7100-000 | N/A | 7,202.10 | 7,202.10 | 692.39 |
| Allied Business Accounts Inc | 7100-000 | N/A | 3,205.00 | 3,205.00 | 308.12 |
| Allied Business Accounts Inc | 7100-000 | N/A | 6,554.57 | 6,554.57 | 630.14 |
| Elan Financial Services | 7100-000 | N/A | 13,246.70 | 13,246.70 | 1,273.51 |
| Chrysler Financial | 7100-000 | N/A | 10,910.71 | 10,910.71 | 1,048.93 |
| Recovery Mgmt Systems Corporation | 7100-000 | N/A | 1,090.39 | 1,090.39 | 104.83 |
| Rockford Mercantile Agency Inc | 7100-000 | N/A | 96.00 | 96.00 | 9.23 |
| Capital 1 Bank | 7100-000 | 2,895.00 | N/A | N/A | 0.00 |
| Cornerstone CU | 7100-000 | 4,754.00 | N/A | N/A | 0.00 |
| FHN Memorial Hospital | 7100-000 | 3,205.00 | N/A | N/A | 0.00 |
| German Valley Ambulance | 7100-000 | 274.00 | N/A | N/A | 0.00 |
| Kemple Enterprises/Star Ambulance | 7100-000 | 753.00 | N/A | N/A | 0.00 |
| Surgical Assoc of NO IL | 7100-000 | 2,835.00 | N/A | N/A | 0.00 |
| Verizon Wireless | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 14,898.00 | 42,305.47 | 42,305.47 | 4,067.15 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70909  
**Case Name:** KLOSTER, GAREN R

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/13/09 (f)  
**§341(a) Meeting Date:** 04/23/09

**Period Ending:** 01/14/10  
**Claims Bar Date:** 08/03/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1    Real Estate located at 108 Washington 61067 Mortgage Company called with updated pay-off as of 9/4/09 of $68,483.00.  Debtor's Attorney filed Amended C and listed homestead exemption of $15,000 previously not listed.  With the homestead exemption added in there is no equity for the benefit of the estate. | 89,000.00 | 0.00 | DA | 0.00 | FA |
| 2    Checking account with US Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 3    Miscellaneous used household goods | 750.00 | 0.00 | DA | 0.00 | FA |
| 4    Personal used clothing | 600.00 | 0.00 | DA | 0.00 | FA |
| 5    Thrivent Financial Term Life Insurance Plan Cash | 1,033.50 | 0.00 | DA | 0.00 | FA |
| 6    American Funds Retirement Plan provided by emplo | 1,953.54 | 0.00 | DA | 0.00 | FA |
| 7    IRA with Thrivent Investment | 6,427.10 | 0.00 | DA | 0.00 | FA |
| 8    US Savings Bonds (18) Total Value $900.00 | 900.00 | 0.00 | DA | 0.00 | FA |
| 9    2008 Expected Tax Refund Debtor not sure of what | Unknown | 5,439.00 | | 5,439.00 | FA |
| 10    1999 Chrysler Concorde with 72,000 miles | 1,225.00 | 0.00 | DA | 0.00 | FA |
| Int    INTEREST  (u) | Unknown | N/A | | 0.92 | FA |
| 11  Assets    Totals (Excluding unknown values) | **$101,989.14** | **$5,439.00** | | **$5,439.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**        **Current Projected Date Of Final Report (TFR):**    October 14, 2009  (Actual)

Printed: 01/14/2010 10:52 AM    V.11.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-70909  
**Case Name:** KLOSTER, GAREN R

**Taxpayer ID #:** 54-6838675  
**Period Ending:** 01/14/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****46-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/09 | {9} | STATE OF ILLINOIS | TAX REFUND | 1129-000 | 307.00 | | 307.00 |
| 05/14/09 | {9} | U.S. TREASURY | TAX REFUND | 1129-000 | 5,132.00 | | 5,439.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 5,439.08 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,439.31 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,439.53 |
| 08/13/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #09-70909, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 4.09 | 5,435.44 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,435.66 |
| 09/24/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.17 | | 5,435.83 |
| 09/24/09 | | To Account #********4666 | Close Account for Final Report | 9999-000 | | 5,435.83 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,439.92 | 5,439.92 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,435.83 | |
| | | | Subtotal | | 5,439.92 | 4.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,439.92 | $4.09 | |

{} Asset reference(s)

Printed: 01/14/2010 10:52 AM    V.11.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-70909  
**Case Name:** KLOSTER, GAREN R  
**Taxpayer ID #:** 54-6838675  
**Period Ending:** 01/14/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****46-66 - Checking Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/09 | | From Account #********4665 | Close Account for Final Report | 9999-000 | 5,435.83 | | 5,435.83 |
| 11/18/09 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $500.00, Trustee Compensation;  Reference: | 2100-000 | | 500.00 | 4,935.83 |
| 11/18/09 | 102 | Creditors' Protection Services Inc. | Distribution paid  9.61% on $7,202.10; Claim# 1; Filed: $7,202.10; Reference: | 7100-000 | | 692.39 | 4,243.44 |
| 11/18/09 | 103 | Elan Financial Services | Distribution paid  9.61% on $13,246.70; Claim# 4; Filed: $13,246.70; Reference: 0738 | 7100-000 | | 1,273.51 | 2,969.93 |
| 11/18/09 | 104 | Chrysler Financial | Distribution paid  9.61% on $10,910.71; Claim# 5; Filed: $10,910.71; Reference: 4558 | 7100-000 | | 1,048.93 | 1,921.00 |
| 11/18/09 | 105 | Recovery Mgmt Systems Corporation | Distribution paid  9.61% on $1,090.39; Claim# 6; Filed: $1,090.39; Reference: 6053 | 7100-000 | | 104.83 | 1,816.17 |
| 11/18/09 | 106 | Rockford Mercantile Agency Inc | Distribution paid  9.61% on $96.00; Claim# 7; Filed: $96.00; Reference: 1537 | 7100-000 | | 9.23 | 1,806.94 |
| 11/18/09 | 107 | Allied Business Accounts Inc | Combined Check for Claims#2,3 | | | 938.26 | 868.68 |
| | | | Dividend paid  9.61% on  308.12 $3,205.00;  Claim# 2; Filed: $3,205.00; Reference: F20009718 | 7100-000 | | | 868.68 |
| | | | Dividend paid  9.61% on  630.14 $6,554.57;  Claim# 3; Filed: $6,554.57; Reference: 2011389778 | 7100-000 | | | 868.68 |
| 11/18/09 | 108 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 868.68 | 0.00 |
| | | | Dividend paid 100.00%  850.00 on $850.00;  Claim# ATTY; Filed: $850.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%  18.68 on $18.68;  Claim# EXP; Filed: $18.68 | 3120-000 | | | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 5,435.83 | 5,435.83 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 5,435.83 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 5,435.83 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$5,435.83** |  |

{} Asset reference(s)                                                                                                                            Printed: 01/14/2010 10:52 AM    V.11.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-70909 | | **Trustee:** | BERNARD J. NATALE (330370) |
| | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Case Name:** | KLOSTER, GAREN R | | **Account:** | ***-*****46-66 - Checking Account |
| **Taxpayer ID #:** | 54-6838675 | | **Blanket Bond:** | $552,000.00   (per case limit) |
| **Period Ending:** | 01/14/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****46-65** | 5,439.92 | 4.09 | 0.00 |
| **Checking # ***-*****46-66** | 0.00 | 5,435.83 | 0.00 |
| | $5,439.92 | $5,439.92 | $0.00 |